

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-15-00342-CR

## IN RE EDWARD S. HODGES, III

---

## Original Proceeding

---

## ORDER

---

The State's second Motion for Extension of Time to File State's Response was filed on December 8, 2015. Based on the content of the motion, the Court extends the due date of the State's response to January 21, 2016. The grant of further extensions is unlikely.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted in part
Order issued and filed December 17, 2015

